IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
OCT 04 2012
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| YOUNG YIL JO,<br><br>Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS or MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,<br>Defendants. | CV-12-117-BLG-RFC-CSO<br><br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Plaintiff Young Jil Jo, a federal inmate confined in Texas, proceeding without counsel, has filed another frivolous civil rights action. Doc. 1. The United States District Court for the Eastern District of California has recently noted that Plaintiff has filed more than 120 frivolous civil rights cases in that district alone. *Jo v. Six Unknown Names Agents,* 2012 WL 4511417, *1 (E.D.Cal. Oct. 1, 2012). Since Jo has far exceeded the three strikes allowed by the Prison Litigation Reform Act to a prisoner attempting to proceed in forma pauperis in a federal civil lawsuit, and he cannot show that he qualifies for the "imminent danger of serious physical injury"

1

exception of Section 1915(g), United States Magistrate Judge Carolyn S. Ostby has recommended this Court dismiss Jo's Complaint, enter judgment against him, and close this case. Doc. 2.

Ordinarily, a party has 14 days to file written objections to a magistrate judge's findings and recommendations. 28 U.S.C. § 636(b)(1). But Jo is not allowed to filed objections to Magistrate Judge Ostby's denial of his motion to proceed in forma pauperis. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998) (per curiam). In any event, this Court must still review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

Here, Magistrate Judge Ostby correctly concluded that Jo has far more than three strikes and that he is not in "imminent danger of serious physical injury." Accordingly, Judge Ostby's recommendation to dismiss the Complaint and close this case is correct and her Findings and Recommendations are adopted in their entirety.

**IT IS HEREBY ORDERED** that Jo's Complaint (doc. 1) is **DISMISSED.**

The Clerk of Court is directed to enter judgment against Jo and close this case.

DATED this 4th day of October, 2012.

/s/ Richard F. Cebull
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE